IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br> GUN OWNERS OF AMERICA, INC., <br> GUN OWNERS FOUNDATION, and <br> BRADY BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, <br> FIREARMS AND EXPLOSIVES, UNITED <br> STATES DEPARTMENT OF JUSTICE, and <br> STEVEN M. DETTELBACH in his official <br> capacity AS THE DIRECTOR OF ATF, <br><br> Defendants. | Case No. 6:23-cv-00013 |

**ENTRY OF APPEARANCE**

To:   The Honorable Nathan Ochsner
      U.S. District Court for the Southern District of Texas
      312 S. Main, Room 406
      Victoria, TX 77901

Please formally enter my appearance in the above-styled matter on behalf of the Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation, and Brady Brown.

Dated: February 9, 2023.

*/s/ Gilbert J. Ambler*
GILBERT J. AMBLER
Virginia Bar No. 94325
Southern District of Texas No. 3834055
20 S. Braddock St
Winchester, VA 22601
(540) 550-4236
gilbert@amblerlawoffices.com