IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>GUN OWNERS OF AMERICA, INC.,<br>GUN OWNERS FOUNDATION, and<br>BRADY BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, UNITED<br>STATES DEPARTMENT OF JUSTICE, and<br>STEVEN M. DETTELBACH in his official<br>capacity AS THE DIRECTOR OF ATF,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 6:23-cv-00013<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT OF GUN OWNERS FOUNDATION

**COMES NOW** Gun Owners Foundation, and pursuant to Fed. R. Civ. P. 7.1, by and through undersigned counsel, states as follows:

Gun Owners Foundation ("GOF") certifies that it is a non-profit, non-stock corporation. GOF has no parent corporation or subsidiaries, and no publicly held corporation holds any stock in GOF.

Respectfully submitted, this the 10th day of February, 2023.

*/s/ Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH
Mississippi Bar No. 102784
Southern District of Texas No. 3554925
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654

(601) 852-3440
stephen@sdslaw.us

GILBERT J. AMBLER
Virginia Bar No. 94325
Southern District of Texas No. 3834055
20 S. Braddock St
Winchester, VA 22601
(540) 550-4236
gilbert@amblerlawoffices.com