# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

STATE OF TEXAS, *et al.*,
    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,
    Defendants.

No. 6:23-cv-13

## STATE OF TEXAS' NOTICE OF APPEARANCE OF COUNSEL

Plaintiff, the State of Texas files this Notice of Appearance of Counsel and hereby notifies the Court that Christina Cella will appear as counsel in the above-captioned case along with counsel listed below. Christina Cella is a member in good standing with the State Bar of Texas and is authorized to practice in the Southern District of Texas. Her contact information is as follows:

    CHRISTINA CELLA
    Assistant Attorney General
    Texas Bar No. 24106199
    SDTX Bar No. 3355870
    Christina.Cella@oag.texas.gov
    P.O. Box 12548 (MC-009)
    Austin, Texas 78711-2548
    Tel.: (512) 475-2952
    Fax: (512) 457-4410
    Christina.Cella@oag.texas.gov

| | |
|---|---|
| Dated February 10, 2023. | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Christina Cella<br>CHRISTINA CELLA<br>Assistant Attorney General<br>Texas Bar No. 24106199<br>SDTX Bar No. 3355870<br>Christina.Cella@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | |
| | AARON F. REITZ<br>Deputy Attorney General for Legal Strategy<br>Texas Bar No. 24105704<br>SDTX Bar Number 3653771<br>Aaron.Reitz@oag.texas.gov |
| | LEIF A. OLSON<br>Chief, Special Litigation Division<br>Texas Bar No. 24032801<br>SDTX Bar No. 33695<br>Leif.Olson@oag.texas.gov |
| | CHARLES K. ELDRED<br>Special Counsel<br>Texas Bar No. 00793681<br>SDTX Bar No. 20772<br>Charles.Eldred@oag.texas.gov |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1700 |
| | Counsel for the State of Texas |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 10, 2023, and that all counsel of record were served by CM/ECF.

/s/ Christina Cella
CHRISTINA CELLA