IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, et al.,
   Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,
   Defendants.

No. 6:23-cv-13

## STATE OF TEXAS' NOTICE OF APPEARANCE OF COUNSEL

Plaintiff, the State of Texas files this Notice of Appearance of Counsel and hereby notifies the Court that Leif A. Olson will appear as counsel in the above-captioned case along with counsel listed below. Leif A. Olson is a member in good standing with the State Bar of Texas and is authorized to practice in the Southern District of Texas. His contact information is as follows:

   LEIF A. OLSON
   Chief, Special Litigation Division
   Texas Bar No. 24032801
   SDTX Bar No. 33695
   P.O. Box 12548 (MC-009)
   Austin, Texas 78711-2548
   Tel.: (512) 936-1700
   Fax: (512) 457-4410
   Leif.Olson@oag.texas.gov

Dated February 10, 2023.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

Respectfully submitted.

/s/ Leif A. Olson
LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
SDTX Bar No. 33695
Leif.Olson@oag.texas.gov

AARON F. REITZ
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
SDTX Bar Number 3653771
Aaron.Reitz@oag.texas.gov

CHARLES K. ELDRED
Special Counsel
Texas Bar No. 00793681
SDTX Bar No. 20772
Charles.Eldred@oag.texas.gov

CHRISTINA CELLA
Assistant Attorney General
Texas Bar No. 24106199
SDTX Bar No. 3355870
Christina.Cella@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

Counsel for the State of Texas

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 10, 2023, and that all counsel of record were served by CM/ECF.

/s/ Leif A. Olson
LEIF A. OLSON