IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    Plaintiffs,<br>v.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br>    Defendants. | No. 6:23-cv-13 |

## STATE OF TEXAS' NOTICE OF APPEARANCE OF COUNSEL

Plaintiff, the State of Texas files this Notice of Appearance of Counsel and hereby notifies the Court that Aaron F. Reitz will appear as counsel in the above-captioned case along with counsel listed below. Aaron F. Reitz is a member in good standing with the State Bar of Texas and is authorized to practice in the Southern District of Texas. His contact information is as follows:

Aaron F. Reitz
Tex. State Bar No. 24105704
SDTX Bar No. 3653771
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-1989
Fax: (512) 457-4410
Aaron.Reitz@oag.texas.gov

| | |
|---|---|
| Dated February 13, 2023. | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Aaron F. Reitz<br>AARON F. REITZ<br>Deputy Attorney General for Legal Strategy<br>Texas Bar No. 24105704<br>SDTX Bar Number 3653771<br>Aaron.Reitz@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | |
| | LEIF A. OLSON<br>Chief, Special Litigation Division<br>Texas Bar No. 24032801<br>SDTX Bar No. 33695<br>Leif.Olson@oag.texas.gov |
| | CHARLES K. ELDRED<br>Special Counsel<br>Texas Bar No. 00793681<br>SDTX Bar No. 20772<br>Charles.Eldred@oag.texas.gov |
| | CHRISTINA CELLA<br>Assistant Attorney General<br>Texas Bar No. 24106199<br>SDTX Bar No. 3355870<br>Christina.Cella@oag.texas.gov |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1700 |
| | Counsel for the State of Texas |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 13, 2023, and that all counsel of record were served by CM/ECF.

/s/ Aaron F. Reitz
AARON F. REITZ