AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:23-cv-00013

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ATF, Department of Justice, Steven Dettlebach, Civil Process Clerk
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Service pursuant to FRCP 4(i) (service on US Attorney General, Department of Justice, ATF, Steven Dettlebach); Proofs of service attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/27/2023

/s/ Stephen D. Stamboulieh
*Server's signature*

Stephen D. Stamboulieh
*Printed name and title*

P.O. Box 428, Olive Branch, MS 38654
*Server's address*

Additional information regarding attempted service, etc: