**UNITED STATES POSTAL SERVICE**

February 17, 2023

Dear Stephen Stamboulieh:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0226 9514 8066 7431 3044 4445 31**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | February 16, 2023, 5:33 am |
| Location: | WASHINGTON, DC 20226 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | STEVEN M DETTELBACH |

| Shipment Details | |
|---|---|
| Weight: | 13.0oz |

**Recipient Signature**

Signature of Recipient: [signature image]

Address of Recipient: [address image showing "20226"]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004