IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS,  )<br>GUN OWNERS OF AMERICA, INC.,  )<br>GUN OWNERS FOUNDATION, and  )<br>BRADY BROWN,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>BUREAU OF ALCOHOL, TOBACCO,  )<br>FIREARMS AND EXPLOSIVES, UNITED  )<br>STATES DEPARTMENT OF JUSTICE, and  )<br>STEVEN M. DETTELBACH in his official  )<br>capacity AS THE DIRECTOR OF ATF,  )<br>  )<br>  Defendants.  )<br>  )<br>_____  ) | Case No. 6:23-cv-00013<br><br>(*Assigned to Hon. Drew B. Tipton*) |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Anthony R. Napolitano, of Bergin Frakes Smalley & Oberholtzer PLLC, hereby enters their appearance on behalf of Plaintiff Gun Owners of America, Inc., Gun Owners Foundation, and Brady Brown. Please send future notices and correspondence addressed to the Plaintiffs to the following address:

Anthony R. Napolitano
Bergin Frakes Smalley & Oberholtzer PLLC
4343 E. Camelback Road #210
Phoenix, Arizona 85018
anapolitano@bfsolaw.com

Respectfully submitted,

*/s/Anthony R. Napolitano*
Anthony R. Napolitano
Arizona Bar No. 034586
Southern District of Texas No. 3837680
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
(602) 848-5449
anapolitano@bfsolaw.com
scurry@bfsolaw.com

## CERTIFICATE OF SERVICE

On this 27th day of February, 2023, the foregoing was filed with the Southern District of Texas Court Clerk's Office using the CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Shelly Curry*