IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br> GUN OWNERS OF AMERICA, INC., <br> GUN OWNERS FOUNDATION, and <br> BRADY BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, UNITED STATES DEPARTMENT OF JUSTICE, and STEVEN M. DETTELBACH in his official capacity AS THE DIRECTOR OF ATF, <br><br> Defendants. | Case No. 6:23-cv-00013 |

## ORDER INCREASING WORD LIMIT

On Plaintiffs' unopposed motion, the word limit for their Motion for Preliminary Injunction is increased to 6,500 words.

Signed: ___March 6___, 2023.

_____
Drew B. Tipton
United States District Judge