United States District Court
Southern District of Texas

**ENTERED**
March 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00013 |
|---|---|---|---|

State of Texas, et al.

*versus*

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jody D. Lowenstein<br>U.S. Department of Justice, Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>(202) 598-9280<br>jody.d.lowenstein@usdoj.gov<br>Montana Bar No. 55816869 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __ No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/25/2023 | Signed: | /s/ Jody D. Lowenstein |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: March 27, 2023   Clerk's signature: *KPapain*

### Order

This lawyer is admitted *pro hac vice*.

Dated: March 27, 2023

*Drew B Tipton*
United States District Judge