IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| State of Texas, et al. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:23-cv-00013 |
| Bureau of Alcohol, Tobacco, Firearms and Explosives, et al. | § § § § | |
| Defendants. | § § | |

**DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO EXCEED THE WORD LIMIT**

Defendants Bureau of Alcohol, Tobacco, Firearms, and Explosive, the United States Department of Justice, and Steven M. Dettelbach, in his official capacity as the Director of ATF, ("Defendants"), respectfully move for leave to extend the word limit to permit a response to Plaintiffs' Motion for a Preliminary Injunction of up to 19,100 words. In support, Defendants state as follows:

Plaintiffs filed suit in this matter on February 9, 2023, ECF No. 1, and filed their Motion for a Preliminary Injunction on March 6, 2023, after receiving leave to file a motion of up to 6,500 words. ECF Nos. 15, 16. Plaintiffs raise seven substantive legal claims as reasons why a recent Rule by ATF should be preliminarily enjoined. *See* ECF No. 16. In addition to responding to Plaintiffs' seven merits arguments, Defendants' response provides a detailed background of the challenged Rule, addresses the remaining preliminary injunction factors, and addresses the proper scope of relief should an injunction issue. Given the number, complexity, and novelty of the issues presented, and the relief that is requested, the standard 5,000 word response provided under the Local Rules is insufficient to address the issues before the Court.

Accordingly, to ensure that the parties can fully present their arguments, and because a

fulsome explanation from both sides will aid the Court in its consideration of Plaintiffs' Motion, Defendants respectfully request that they be permitted to file a Response up to 19,100 words.

Plaintiffs do not oppose this request. A proposed order is attached.

Dated: March 27, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALAMDAR S. HAMDANI
United States Attorney

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Faith E. Lowry
FAITH E. LOWRY (TX Bar No. 24099560)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
MICHAEL DREZNER (VA Bar No. 83836)
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: faith.e.lowry@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

I certify that on March 27, 2023, I conferred via email with Charles Eldred, counsel for the State of Texas, regarding the foregoing motion. Plaintiffs do not oppose this motion.

*/s/ Faith E. Lowry*
Faith E. Lowry
Trial Attorney, Federal Programs Branch

**CERTIFICATE OF SERVICE**

I certify that on March 27, 2023, the foregoing motion was filed and served on counsel of record through the Court's CM/ECF system.

*/s/ Faith E. Lowry*
Faith E. Lowry
Trial Attorney, Federal Programs Branch