**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Civil Action No. 6:23-cv-00013 |

**ORDER**

Pending before the Court is Defendants' Unopposed Motion for Leave to Exceed the Word Limit. After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that it should be GRANTED. Accordingly, Defendants are granted leave to file a Response to Plaintiffs' Motion for Preliminary Injunction up to 19,100 words.

It is SO ORDERED.

Signed this ___ of _____, 2023.

 

_____
**DREW B. TIPTON
UNITED STATES DISTRICT JUDGE**