IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | Civil Action No. 6:23-cv-00013 |

## ORDER

Pending before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. 16), challenging the Bureau of Alcohol, Tobacco, Firearms and Explosives' final rule, Factoring Criteria for Firearms With Attached "Stabilizing Braces," 88 Fed. Reg. 6,478 (Jan. 31, 2023). Having considered the parties' arguments, record, and the applicable law, the Court DENIES the motion.

It is SO ORDERED.

Signed this ___ of _____, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**