United States District Court
Southern District of Texas

**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00013 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Faith E. Lowry<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 598-9280<br>Email: faith.e.lowry@usdoj.gov<br>TX Bar No. 24099560<br>Admitted WDTX |

| Name of party applicant seeks to appear for: | Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes __ __  No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/27/2023 | Signed: /s/ Faith E. Lowry |
|---|---|

The state bar reports that the applicant's status is:  active

Dated: March 27, 2023    Clerk's signature  *KPapain*

### Order

Dated:  March 28, 2023

This lawyer is admitted *pro hac vice*.

*Drew B. Tipton*
United States District Judge