IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,

    *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

    *Defendants*.

Civil Action No. 6:23-cv-00013

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully notify this Court of an opinion that the United States District Court for the Northern District of Texas issued today in *Mock v. Garland*, No. 4:23-cv-95 (N.D. Tex.), attached hereto as Exhibit A. In that opinion, the court denied the plaintiffs' motion (i) to preliminarily enjoin the Bureau of Alcohol, Tobacco, Firearms, and Explosives' ("ATF") enforcement of the same rule challenged in this litigation, *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023) ("Rule"), and (ii) to postpone the Rule's effective date. The court held that the plaintiffs had not demonstrated a "substantial likelihood of success on the merits of any of their claims." *See* Slip Op. at 1.

Dated: March 30, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALAMDAR S. HAMDANI
United States Attorney

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Faith E. Lowry*
FAITH E. LOWRY (TX Bar No. 24099560)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
MICHAEL DREZNER (VA Bar No. 83836)
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: faith.e.lowry@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

On March 30, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Faith Lowry*
Trial Attorney
U.S. Department of Justice