United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| The STATE OF TEXAS; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; and BRADY BROWN, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:23-CV-00013 |
| U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; U.S. DEPARTMENT OF JUSTICE; and STEVEN M. DETTELBACH, Director of the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, in his official capacity, | § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Plaintiffs filed this Civil Action on February 9, 2023, seeking declaratory and injunctive relief restraining Defendants from enforcing various parts of a Final Rule issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") on January 31, 2023, entitled "Factoring Criteria for Firearms with Attached 'Stabilizing Braces.'" (Dkt. No. 1); *see* 88 Fed. Reg. 6,478 (Jan. 31, 2023).  On March 6, 2023, Plaintiffs filed a Motion for Preliminary Injunction.  (Dkt. No. 16).

On March 30, 2023, the Hon. Reed O'Connor in the Northern District of Texas denied a preliminary injunction in a case challenging the same Final Rule.  *Mock v. Garland*, No. 4:23-CV-00095 Dkt. No. 40.  The Court **ORDERS** the Parties to submit

briefing within 14 days from the date of this Order discussing how *Mock v. Garland* impacts the issues in the pending Motion for Preliminary Injunction in this case.

It is SO ORDERED.

Signed on March 31, 2023.

*Drew B Tipton*
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**