IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>GUN OWNERS OF AMERICA, INC.,<br>GUN OWNERS FOUNDATION, and<br>BRADY BROWN,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, UNITED<br>STATES DEPARTMENT OF JUSTICE, and<br>STEVEN M. DETTELBACH in his official<br>capacity AS THE DIRECTOR OF ATF,<br><br>    Defendants. | Case No. 6:23-cv-00013 |

**ORDER INCREASING WORD LIMIT**

On Plaintiffs' unopposed motion, the word limit for their Reply in Support of their Motion for Preliminary Injunction is increased to 10,000 words.

Signed: _____, 2023.


_____
Drew S. Tipton
United States District Judge