United States District Court
Southern District of Texas

**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:23-cv-00013 |
|---|---|---|---|

State of Texas, et al.

*versus*

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Taylor Pitz<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington DC 20005<br>(202) 305-5200<br>taylor.n.pitz@usdoj.gov<br>California Bar No. 332080 |

| Name of party applicant seeks to appear for: | Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?    Yes __    No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

Dated: 4/13/2023     Signed:     /s/ Taylor Pitz

The state bar reports that the applicant's status is:    Active

Dated: 4-14-2023     Clerk's signature     *KPapain*

**Order**

This lawyer is admitted *pro hac vice*.

Dated: April 14, 2023

_____
Drew B. Tipton
United States District Judge