United States District Court
Southern District of Texas
**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Civil Action No. 6:23-cv-00013 |

## ORDER

Having considered Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, and good cause appearing, the Court hereby GRANTS the Motion. It is HEREBY ORDERED that:

- Defendants' time to respond to Plaintiffs' Complaint shall be extended until 30 days after the Court issues a ruling on Plaintiffs' Motion for Preliminary Injunction, ECF No. 16.

IT IS SO ORDERED.

Dated: April 14, 2023

_____
HON. DREW B. TIPTON
UNITED STATES DISTRICT JUDGE