UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § § Plaintiffs, § § v. § § BUREAU OF ALCOHOL, TOBACCO, § FIREARMS AND EXPLOSIVES, *et al.*, § § § Defendants. § | Civil Action No. 6:23-cv-00013 |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN**
<u>**UNDER RULE 26(F) OF THE FEDERAL RULES OF CIVIL PROCEDURE**</u>

1. **State where and when the parties held the meeting required by Rule 26(f). Identify the counsel who attended for each party.**

   Pursuant to Federal Rule of Civil Procedure 26(f), a conference was held among the parties by telephone on April 27, 2023. The following counsel were in attendance:

   <u>For Plaintiffs</u>:

   STEPHEN D. STAMBOULIEH
   Mississippi Bar No. 102784
   Southern District of Texas No. 3554925
   Stamboulieh Law, PLLC
   P.O. Box 428
   Olive Branch, MS 38654
   (601) 852-3440
   stephen@sdslaw.us

   ANTHONY R. NAPOLITANO
   Arizona Bar No. 034586
   Southern District of Texas No. 3837680
   Bergin, Frakes, Smalley & Oberholtzer, PLLC
   4343 E. Camelback Road, Suite 210
   Phoenix, Arizona 85018
   (602) 848-5449
   anapolitano@bfsolaw.com

GILBERT J. AMBLER
Virginia Bar No. 94325
Southern District of Texas No. 3834055
20 S. Braddock St
Winchester, VA 22601
(540) 550-4236
gilbert@amblerlawoffices.com

Counsel for Plaintiffs Brady Brown, Gun Owners of America, Inc., and Gun Owners Foundation

CHARLES K. ELDRED
Special Counsel for Legal Strategy
Texas Bar No. 00793681
Southern District of Texas No. 20772

CHRISTINA CELLA
Assistant Attorney General
Texas Bar No. 24106199
Southern District of Texas No. 3355870

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1706
Aaron.Reitz@oag.texas.gov
Leif.Olson@oag.texas.gov
Charles.Eldred@oag.texas.gov
Christina.Cella@oag.texas.gov

Counsel for Plaintiff State of Texas

For Defendants:

Taylor Pitz
California Bar No. 332080
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

Michael Drezner
Virginia Bar No. 83836
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-4505
Email: Michael.L.Drezner@usdoj.gov

Jody Lowenstein
Montana Bar No. 55816869
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

2. **List all related cases pending in any other state or federal court. Identify the court and case number. State the relationship.**

   There are seven pending cases challenging the same ATF Rule at the center of this case. The following cases were brought by a combination of individual plaintiffs, firearms manufacturers and/or distributors, and interest groups, and all of which involve similar claims:

   - *Britto v. ATF*, No. 2:23-cv-19 (N.D. Tex.)
   - *Colon v. ATF*, No. 8:23-cv-223 (M.D. Fla.)
   - *FRAC v. Garland*, No. 1:23-cv-24 (D.N.D.)
   - *Miller v. Garland*, No. 1:23-cv-195 (E.D. Va.)
   - *Mock v. Garland*, No. 4:23-cv-95 (N.D. Tex.)
   - *Second Amendment Foundation v. ATF*, No. 3:21-cv-116 (N.D. Tex.)
   - *Watterson v. ATF*, No. 4:23-cv-80 (E.D. Tex.)

3. **Briefly describe what this case is about. Generally state the claims, defenses, and threshold issues that each party will likely assert.**

   The State of Texas, Gun Owners of America, Inc., Gun Owners Foundation, and Brady Brown have brought the present action challenging ATF's final rule, *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023) ("Rule"). Plaintiffs have brought eleven causes of action asserting that the Rule violates the Administrative Procedure Act and a number of constitutional provisions. Defendants contend that the Rule is a valid exercise of ATF's statutorily delegated authority that does not violate the APA or any provision of the U.S. Constitution.

4. **Specify the basis of federal jurisdiction. Identify any parties who disagree and the reasons.**

   The Court has jurisdiction over this action pursuant to 5 U.S.C. § 702 and 28 U.S.C. § 1331.

5. **List any anticipated additional parties. Identify the party who wishes to add them, briefly explain why, and indicate a date by which to do so.**

   The parties do not anticipate adding additional parties.

6. **List any anticipated interventions. Briefly explain why.**

   The parties do not anticipate any interventions.

7. **Describe any class-action or collective-action issues. Provide the proposed definition of the class. Identify and state generally the basis for any opposition.**

   Plaintiffs have not brought class allegations.

8. **State whether each party represents that it has completed its Rule 26(a) initial disclosures. If not, indicate the date by which each party will do so and describe arrangements in that respect.**

   Neither party has made initial disclosures under Federal Rule of Civil Procedure 26(a)(1). The parties agree that initial disclosures are not necessary or appropriate in this case. *See* Fed. R. Civ. P. 26(b)(i) (exempting administrative-record cases from initial-disclosure requirements).

9. **Apart from initial disclosures, specify other discovery served or accomplished to date.**

   To date, no party has undertaken discovery.

10. **Describe the proposed agreed discovery plan.**

    Defendants have agreed to produce the complete administrative record to Plaintiffs by May 19, 2023. Plaintiffs shall notify the Court if they intend to seek extra-record discovery by June 19, 2023. Defendants maintain that extra-record discovery is neither necessary nor appropriate in this case.

11. **State the date by which the parties can reasonably complete the planned discovery.**

    The parties cannot provide this estimate at this time as they have not determined whether any extra-record discovery will be sought in this case.

12. **If the parties disagree on any part of the discovery plan, describe the separate views and proposals of each party.**

    The parties are in agreement at this time.

13. **Discuss the possibilities for a prompt settlement or resolution of the case at your Rule 26(f) meeting. Identify such possibilities. Describe what each party has done or agreed to do to bring about a prompt resolution of this dispute.**

    The parties do not think that this case can be settled at this time.

14. **Counsel to each party must discuss with their client the alternative dispute resolution techniques that are reasonably suitable to this case. Identify such potential techniques. State when the parties may effectively use any such technique.**

    The parties do not think that any alternative dispute resolution techniques would be effective at this time.

15. **A Magistrate Judge of this Court may now hear jury and nonjury trials. Indicate the parties' joint position on a trial before a Magistrate Judge.**

    The parties do not unanimously consent to the United States Magistrate Judge presiding over a trial in this matter.

16. **Identify any party that has made a jury demand and whether it was timely.**

    No party has made a jury demand in this action.

17. **Specify the number of hours it will likely take to present the evidence at trial in this case.**

    At this stage of the case, the parties are not prepared to provide a reasonable and informed estimate of the number of hours it would take to try any triable issues.

18. **List pending motions the Court could resolve at the Scheduling Conference.**

    None.

19. **List other pending motions.**

    The parties have completed the briefing on Plaintiffs' Motion for Preliminary Injunction, ECF No. 16, and the Court may resolve this Motion at any time.

20. **List all other matters that deserve attention of the Court at the Scheduling Conference.**

    The parties note that the Court's preliminary injunction ruling, as well as the timing and resolution of anticipated appeals following that ruling, will significantly impact the parties' expected timing regarding the remainder of the litigation of this action.

**21.** **Complete and attach a proposed scheduling and docket control order where necessary to suggest modifications to the Court's standard order. Clearly indicate any disagreements with reasons in support of the requests made.**

Please see attached.

**22.** **Certify that all parties have filed the Disclosure of Interested Persons as directed in the Order for Conference and Disclosure of Interested Persons, listing the date of filing for original and any amendments.**

For Plaintiffs:

The Private Plaintiffs filed their Certificate of Interested Persons on April 27, 2023 (ECF #37).

The State of Texas, as a government entity, does not believe that it is required to file a certificate of interested persons.

For Defendants:

Defendants' position is that, as government entities and as a government official sued in his official capacity, they are not required to provide a disclosure of interested persons.

**23.** **List the names, bar numbers, addresses, telephone numbers, and e-mails of all counsel and unrepresented parties.**

For Plaintiffs:

STEPHEN D. STAMBOULIEH
Mississippi Bar No. 102784
Southern District of Texas No. 3554925
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

ANTHONY R. NAPOLITANO
Arizona Bar No. 034586
Southern District of Texas No. 3837680
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
(602) 848-5449
anapolitano@bfsolaw.com

GILBERT J. AMBLER
Virginia Bar No. 94325
Southern District of Texas No. 3834055
20 S. Braddock St
Winchester, VA 22601
(540) 550-4236
gilbert@amblerlawoffices.com

Counsel for Plaintiffs Brady Brown, Gun Owners of America, Inc., and Gun Owners Foundation

KEN PAXTON
Attorney General of Texas

AARON F. REITZ
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
Southern District of Texas No. 3653771

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas No. 33695

CHARLES K. ELDRED
Special Counsel for Legal Strategy
Texas Bar No. 00793681
Southern District of Texas No. 20772

CHRISTINA CELLA
Assistant Attorney General
Texas Bar No. 24106199
Southern District of Texas No. 3355870

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1706
Aaron.Reitz@oag.texas.gov
Leif.Olson@oag.texas.gov
Charles.Eldred@oag.texas.gov
Christina.Cella@oag.texas.gov

Counsel for Plaintiff State of Texas

<u>For Defendants:</u>

Taylor Pitz
California Bar No. 332080
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

Faith Lowry
Texas Bar No. 24099560
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 598-9280
Email: faith.e.lowry@usdoj.gov

Michael Drezner
Virginia Bar No. 83836
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 514-4505
Email: Michael.L.Drezner@usdoj.gov

Jody Lowenstein
Montana Bar No. 55816869
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

Dated: May 1, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALAMDAR S. HAMDANI
United States Attorney

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
FAITH E. LOWRY (TX Bar No. 24099560)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
MICHAEL DREZNER (VA Bar No. 83836)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendants*

/s/ Stephen D. Stambouleih
STEPHEN D. STAMBOULIEH
Mississippi Bar No. 102784
Southern District of Texas No. 3554925
Stambouleih Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

ANTHONY R. NAPOLITANO
Arizona Bar No. 034586
Southern District of Texas No. 3837680
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
(602) 848-5449
anapolitano@bfsolaw.com

GILBERT J. AMBLER
Virginia Bar No. 94325
Southern District of Texas No. 3834055
20 S. Braddock St
Winchester, VA 22601
(540) 550-4236
gilbert@amblerlawoffices.com

*Counsel for Plaintiffs Brady Brown, Gun Owners of America, Inc., and Gun Owners Foundation*

KEN PAXTON
Attorney General of Texas

AARON F. REITZ
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
Southern District of Texas No. 3653771

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas No. 33695

/s/ Charles K. Eldred
CHARLES K. ELDRED
Special Counsel for Legal Strategy
Texas Bar No. 00793681
Southern District of Texas No. 20772

CHRISTINA CELLA
Assistant Attorney General
Texas Bar No. 24106199
Southern District of Texas No. 3355870

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1706
Aaron.Reitz@oag.texas.gov
Leif.Olson@oag.texas.gov
Charles.Eldred@oag.texas.gov
Christina.Cella@oag.texas.gov

*Counsel for Plaintiff State of Texas*