UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:23-cv-00013 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, | § § § § | |
| Defendants. | § § | |

## SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1. <u>May 19, 2023</u>    **PRODUCTION OF ADMINISTRATIVE RECORD**
   Defendants will produce the administrative record to Plaintiffs on or before this date.

2. <u>June 19, 2023</u>    **NOTIFICATION OF INTENT TO SEEK EXTRA-RECORD DISCOVERY**
   Any party intending to seek extra-record discovery shall notify the Court and opposing party of its intent to do so on or before this date.

It is SO ORDERED.

Signed this ___ of _____, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**