## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.  Case Number: 6:23−cv−00013

Bureau of Alcohol, Tobacco, Firearms
and Explosives, et al.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1610690763?pwd=Y1ZydDU3TWxIUDNla0FrSjVxN1FvUT09*
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose) +1 646 828 7666 US (New York)
Meeting ID: 161 069 0763
Meeting Password: 307095

Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 6/21/2023

**TIME:** 04:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Per L.R. 83.7 Except by leave of the presiding judge, no photo− or electro−mechanical means of recordation or transmission of court proceedings is permitted.

---

Date:   May 17, 2023                                                                 Nathan Ochsner, Clerk