## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.  Case Number: 6:23−cv−00013

Bureau of Alcohol, Tobacco, Firearms
and Explosives, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video

Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 5/25/2023

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Status Conference

RE: Notice (Other) − #41

Date:   May 24, 2023                                                              Nathan Ochsner, Clerk