IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    Plaintiffs,<br>v.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br>    Defendants. | No. 6:23-cv-13 |

**UNOPPOSED MOTION OF PLAINTIFF STATE OF TEXAS
FOR WITHDRAWAL OF COUNSEL**

Plaintiff State of Texas file this file this Unopposed Motion to Withdraw Aaron Reitz as their attorney in this matter.

Aaron Reitz has accepted a position outside the Office of the Attorney General of Texas, and Defendant Walter Wendler respectfully request that he be withdrawn as their counsel. They will continue to be represented by co-counsel listed below, with Charles K. Eldred as lead counsel. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated June 5, 2023.                                             Respectfully submitted.

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
SDTX Bar No. 33695
Leif.Olson@oag.texas.gov

/s/ CHARLES K. ELDRED
CHARLES K. ELDRED
Special Counsel
Texas Bar No. 00793681
SDTX Bar No. 20772
Charles.Eldred@oag.texas.gov

CHRISTINA CELLA
Assistant Attorney General
Texas Bar No. 24106199
SDTX Bar No. 3355870
Christina.Cella@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

Counsel for the State of Texas

### Certificate of Service

On June 5, 2023, this notice was filed through the Court's CM/ECF service, which automatically serves it upon all counsel of record.

/s/ CHARLES K. ELDRED