**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

STATE OF TEXAS, *et al.,*
   Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND
EXPLOSIVES, *et al.*,
   Defendants.

No. 6:23-cv-13

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Aaron Reitz as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Aaron Reitz is hereby withdrawn as counsel of record and Charles K. Eldred is listed as lead counsel for the Plaintiffs.

SO ORDERED and SIGNED this ___ day of _____, 2023.

_____
United States District Judge