United States District Court
Southern District of Texas
**ENTERED**
June 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

STATE OF TEXAS, *et al.*,
    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,
    Defendants.

No. 6:23-cv-13

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Aaron Reitz as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Aaron Reitz is hereby withdrawn as counsel of record and Charles K. Eldred is listed as lead counsel for the Plaintiffs.

SO ORDERED and SIGNED this  5th  day of    June   , 2023.

*Drew B. Tipton*
United States District Judge