# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.  Case Number: 6:23−cv−00013

Bureau of Alcohol, Tobacco, Firearms
and Explosives, et al.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

Zoom link will be emailed to the parties.

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose +1 646 828 7666 US (New York)
Meeting ID: 160 994 8471
Meeting Password: 754354

Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 8/17/2023

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   June 12, 2023                                                                 Nathan Ochsner, Clerk