IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | Civil Action No. 6:23-cv-00013 |

## ORDER

Pending before the Court is Defendants' Motion to Stay Proceedings. After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be GRANTED. This case is stayed pending the Fifth Circuit's resolution of the expedited appeal in *Mock v. Garland*, No. 23-10319 (5th Cir.).

It is SO ORDERED.

Signed this ____ of _____, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**