IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | Civil Action No. 6:23-cv-00013 |

## ORDER

Pending before the Court is Defendants' Consent Motion for Extension of Time to Respond to Complaint. After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that it should be GRANTED. Defendants' deadline to respond to Plaintiffs' complaint is extended until two weeks after either (i) any stay is lifted, or (ii) the Court denies Defendants' motion to stay proceedings, ECF No. 58.

It is SO ORDERED.

Signed this  27th  of      June        , 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**