# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    Plaintiffs,<br>v.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br>    Defendants. | No. 6:23-cv-13 |

### UNOPPOSED MOTION OF PLAINTIFF STATE OF TEXAS FOR WITHDRAWAL OF COUNSEL

Plaintiff State of Texas file this file this Unopposed Motion to Withdraw Leif A. Olson as their attorney in this matter.

Leif A. Olson has accepted a position outside the Office of the Attorney General of Texas, and Defendant Walter Wendler respectfully request that he be withdrawn as their counsel. They will continue to be represented by co-counsel listed below, with Charles K. Eldred as lead counsel. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated July 28, 2023.                          Respectfully submitted.

| | |
|---|---|
| ANGELA COLMENERO<br>Provisional Attorney General<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br><br>RALPH MOLINA<br>Deputy Attorney General for Legal Strategy | */s/ LEIF A. OLSON*<br>LEIF A. OLSON<br>Chief, Special Litigation Division<br>Texas Bar No. 24032801<br>SDTX Bar No. 33695<br>Leif.Olson@oag.texas.gov<br><br>CHARLES K. ELDRED<br>Chief, Legal Strategy<br>Texas Bar No. 00793681<br>SDTX Bar No. 20772<br>Charles.Eldred@oag.texas.gov<br><br>CHRISTINA CELLA<br>Assistant Attorney General<br>Texas Bar No. 24106199<br>SDTX Bar No. 3355870<br>Christina.Cella@oag.texas.gov<br><br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 936-1700<br><br>Counsel for the State of Texas |

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 28, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Leif A. Olson*
Leif A. Olson

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on July 28, 2023, and that all counsel of record were served by CM/ECF.

*/s/ Leif A. Olson*
Leif A. Olson