**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

STATE OF TEXAS, *et al.,*
    Plaintiffs,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND
EXPLOSIVES, *et al.*,
    Defendants.

No. 6:23-cv-13

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Leif A. Olson as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Leif A. Olson is hereby withdrawn as counsel of record and Charles K. Eldred is listed as lead counsel for the Plaintiffs.

SO ORDERED and SIGNED this ___ day of _____, 2023.

_____
United States District Judge