UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.                                          Case Number: 6:23−cv−00013

Bureau of Alcohol, Tobacco, Firearms
and Explosives, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

Zoom link will be emailed to parties.

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
by video
Meeting phone number: Dial by your location +1 669 254 5252 US (San Jose), +1 646 828 7666 US (New York)
Meeting ID: 161 069 0763
Meeting Password: 307095


Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901


**DATE:** 8/31/2023

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Status Conference

Per L.R. 83.7 Except by leave of the presiding judge, no photo− or electro−mechanical means of recordation or transmission of court proceedings is permitted.

---

Date:   August 30, 2023                              Nathan Ochsner, Clerk