IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Civil Action No. 6:23-cv-00013 |

**JOINT PROPOSED BRIEFING SCHEDULE AND
STIPULATION TO A TEMPORARY ADMINISTRATIVE STAY**

On August 31, 2023, this Court held a status conference with the parties to discuss, among other things, the Court's current preliminary injunction, *see* Order, ECF No. 51, the current stay of proceedings, *see* Order, ECF No. 65, and how this case should proceed in light of the Fifth Circuit's recent decision in the related case of *Mock v. Garland*, 75 F.4th 563 (5th Cir. Aug. 1, 2023). At the conclusion of the status conference, the Court instructed the parties to file a proposed schedule for supplemental briefing, in which the parties should address (i) how the Fifth Circuit's decision in *Mock* impacts this Court's resolution of plaintiffs' motion for a preliminary injunction, *see* ECF No. 16, and (ii) the status of related litigation challenging the same rule at issue in this case, *see Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023) ("Rule").

The parties have since conferred, and have agreed to each submit one round of supplemental briefs, limited to seven pages in length. However, the parties were unable to come an agreement on a briefing schedule. Each side therefore proposes its own preferred briefing schedule for the Court's consideration as follows:

1

Plaintiffs propose that the parties file simultaneous briefs on September 15, 2023. Generally, "the movant is entitled to file the last pleading." *Lacher v. West*, 147 F. Supp. 2d 538, 539 (N.D. Tex. 2001). If Plaintiffs were required to file first, Plaintiffs lose the opportunity to respond to any of Defendants' arguments, while Defendants will be able to respond to Plaintiffs' briefing, depriving Plaintiffs of having the last word. *See Reyes v. ExxonMobil Pipeline Co.*, No. H-19-2569, 2021 U.S. Dist. LEXIS 157666, at *6 (S.D. Tex. Aug. 20, 2021) (surreplies are disfavored as "they usually are a strategic effort by the non-movant to have the last word on a matter.").

Defendants propose a staggered briefing schedule, whereby plaintiffs will file their supplemental brief on or before September 11, 2023, and defendants will file a response brief on or before September 20, 2023. Defendants respectfully submit that a staggered briefing schedule will ensure that defendants' supplemental brief is limited to addressing only the arguments raised in plaintiffs' supplemental brief rather than extraneous issues that are not disputed. That will, in turn, help to conserve defendants' resources and to focus defendants' briefing on the matters that are relevant to this Court's resolution of plaintiffs' preliminary-injunction motion.

\*   \*   \*

Aside from the parties' proposed briefing schedules, the parties have agreed, given the unique circumstances of this case, to stipulate to and request entry of a two-week administrative stay of the Rule's enforcement against plaintiffs to provide the Court additional time to consider the parties' briefing and issue a decision on plaintiffs' preliminary-injunction motion before the Court's current preliminary injunction expires. *See In re Abbott*, 800 F. App'x 296, 298 (5th Cir. 2020) ("Entering temporary administrative stays so that a panel may consider expedited briefing in emergency cases is a routine practice in our court."); *accord Tarlton v. D G La., L.L.C.*, 2022 WL 33678222, at *1 (5th Cir. Aug. 15, 2022); *see also, e.g.*, *Kentucky v. EPA*, Nos. 23-5343, 23-5345 (6th Cir. Apr. 20, 2023), ECF No. 64 (entering "an administrative stay of enforcement" of a challenged rule to provide the court "with

the opportunity to give reasoned consideration" to a pending motion for an injunction (cleaned up)). By so stipulating, neither party waives any claim or defense in this litigation, nor concedes any issue relevant to plaintiffs' preliminary-injunction motion.

Dated September 5, 2023               Respectfully submitted,

/s/ *Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH
Mississippi Bar No. 102784
Southern District of Texas No. 3554925
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

ANTHONY R. NAPOLITANO
Arizona Bar No. 034586
Southern District of Texas No. 3837680
Bergin, Frakes, Smalley & Oberholtzer, PLLC
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
(602) 848-5449
anapolitano@bfsolaw.com

GILBERT J. AMBLER
Virginia Bar No. 94325
Southern District of Texas No. 3834055
20 S. Braddock St
Winchester, VA 22601
(540) 550-4236
gilbert@amblerlawoffices.com

*Counsel for Plaintiffs Brady Brown, Gun Owners of America, Inc., and Gun Owners Foundation*

ANGELA COLMENERO
Provisional Attorney General of Texas

RALPH MOLINA
Deputy Attorney General for Legal Strategy

/s/ *Charles K. Eldred*
CHARLES K. ELDRED
Chief, Legal Strategy Division
Texas Bar No. 00793681
Southern District of Texas No. 20772

CHRISTINA CELLA
Assistant Attorney General
Texas Bar No. 24106199
Southern District of Texas No. 3355870

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
Charles.Eldred@oag.texas.gov
Christina.Cella@oag.texas.gov

*Counsel for Plaintiff State of Texas*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN (MT Bar No. 55816869)
MICHAEL DREZNER (VA Bar No. 83836)
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On September 5, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Jody D. Lowenstein*
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice