UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION and BRADY BROWN, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Civil Case No. 6:23-CV-00013 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, U.S. DEPARTMENT OF JUSTICE and STEVEN M DETTELBACH, | § § § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is the Joint Proposed Briefing Schedule and Stipulation to a Temporary Administrative Stay. (Dkt. No. 69). After reviewing the proposal from the Parties, the Court enters the following briefing schedule:

1. Plaintiffs' supplemental briefing shall be filed no later than September 22, 2023;

2. Defendants' supplemental briefing shall be filed no later than September 29, 2023;

3. Plaintiffs' reply, if any, shall be filed no later than October 3, 2023.

As the Parties point out, this case is in a unique posture, and the Court will enter a temporary administrative stay of the Rule's enforcement against the Plaintiffs through October 20, 2023, to give the Court time to review the Parties' supplemental briefing and draft an Order.

It is SO ORDERED.

Signed on September 15, 2023.

                                                                             **DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**