IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Civil Action No. 6:23-cv-00013 |

## ORDER

Pending before the Court is Defendants' Unopposed Motion to Stay Their Obligation to Respond to the Complaint. After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that it should be GRANTED. Defendants' obligation to respond to the complaint is hereby STAYED.

It is SO ORDERED.

Signed this  5th  of    October    , 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**