Case 6:23-cv-00013 Document 79 Filed on 10/19/23 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| The STATE OF TEXAS, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, and BRADY BROWN, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:23-CV-00013 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, U.S. DEPARTMENT OF JUSTICE, and STEVEN M. DETTELBACH, Director of the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, in his official capacity, | § § § § § § § § § | |
| Defendants. | § § | |

## ORDER

Pending before the Court is Plaintiffs' Motion for Preliminary Injunction. (Dkt. No. 16). Due to the unique posture of the case, the Court ordered a temporary administrative stay of the Rule's enforcement against Plaintiffs through October 20, 2023. (Dkt. No. 72). The Court now extends that stay through October 27, 2023, in order to fully review the Parties' supplemental briefing and draft an Order.

It is SO ORDERED.

Signed on October 19, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**