United States District Court
Southern District of Texas

**ENTERED**

November 13, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, *et al.*,<br><br>　　　　*Defendants*. | Civil Action No. 6:23-cv-00013 |

**<u>ORDER</u>**

Pending before the Court is the parties' Joint Motion to Enter Proposed Briefing Schedule. After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that it should be GRANTED. The parties shall comply with the following schedule for briefing dispositive cross-motions:

- On or before December 1, 2023, plaintiffs will file a motion for summary judgment;

- On or before January 12, 2024, defendants will file a combined opposition to plaintiffs' motion and cross-motion to dismiss and for summary judgment;

- On or before February 12, 2024, plaintiffs will file a combined reply in support of their motion and opposition to defendants' motion;

- On or before March 4, 2024, defendants will file a reply in support of their motion.

Additionally, plaintiffs may have up to 15,000 words for their opening brief and 10,000 words for their second brief, and defendants may have up to 20,000 words for their opening brief and 5,000 words for their second brief.

It is SO ORDERED.

Signed this 13th of  November          ,

2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**