# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-11157
_____

Second Amendment Foundation, Incorporated; Rainier Arms, L.L.C.; Samuel Walley; William Green,

*Plaintiffs—Appellants,*

versus

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Steven Dettelbach, *in his official capacity Director of the Bureau of Alcohol Tobacco Firearms and Explosives*; United States Department of Justice; Merrick Garland, *U.S. Attorney General*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-116

_____

ORDER:

IT IS ORDERED that Appellees' unopposed motion to consolidate this case with case Nos. 23-11199, *Mock v. Garland*, 23-11203, *Britto v. Bureau of Alcohol*, 23-11204, *Texas Gun Rights v. Bureau of Alcohol*, and 23-40685, *State of Texas v. Bureau of Alcohol* is GRANTED.

IT IS FURTHER ORDERED that Appellees' unopposed motion to establish the proposed briefing schedule is GRANTED.

No. 23-11157

_____
KURT D. ENGELHARDT
*United States Circuit Judge*

2