United States District Court
Southern District of Texas
**ENTERED**
July 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION and BRADY BROWN, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Civil Case No. 6:23-CV-00013 |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, U.S. DEPARTMENT OF JUSTICE and STEVEN M DETTELBACH, | § § § § § § | |
| Defendants. | § | |

## ORDER

On July 19, 2024, the Court was notified that the Fifth Circuit set oral argument in a consolidated appeal involving the Court's preliminary injunction in this case. *Second Amendment Foundation, Inc. v. Bureau of Alcohol, Tobacco, Firearms and Explosives*, No. 23-11157 (Dkt. No. 186) (5th Cir.). The Court finds that to conserve judicial and party resources, it is appropriate to stay proceedings in this case. Accordingly, this case is **STAYED** pending the resolution of *Second Amendment Foundation, Inc.,* by the Fifth Circuit and is **ADMINISTRATIVELY CLOSED** without prejudice to it being reopened upon a motion by any party.

It is SO ORDERED.

Signed on July 31, 2024.

                                            **DREW B. TIPTON**
                              **UNITED STATES DISTRICT JUDGE**