UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | ) | |
| GUN OWNERS OF AMERICA, INC., | ) | |
| GUN OWNERS FOUNDATION, and | ) | |
| BRADY BROWN, | ) | |
| | ) | Case No. 6:23-cv-00013 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, UNITED | ) | |
| STATES DEPARTMENT OF JUSTICE, and | ) | |
| STEVEN M. DETTELBACH in his official | ) | |
| capacity AS THE DIRECTOR OF ATF, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

In July of this year, the Court stayed proceedings in this case pending the Fifth Circuit's resolution of Defendants' interlocutory appeal from the Court's order granting Plaintiffs a preliminary injunction, which had been consolidated with several related appeals. *See* ECF No. 92. On August 26, 2024, the Fifth Circuit dismissed the consolidated appeals as moot in light of the U.S. District Court for the Northern District of Texas's vacatur of the rule challenged in this case and the others. *See Watterson v. ATF*, No. 23-40556 (5th Cir. Aug. 26, 2024), ECF No. 134-1. In light of that decision, the Court asked the parties to submit a joint status report by August 30, 2024, addressing the decision's impact on this case. Accordingly, the parties respectfully submit this status report and provide their respective positions below.

1

**Plaintiffs' Position**

Plaintiffs believe that the Fifth Circuit provided substantive guidance in *Mock v. Garland*, 75 F.4th 563 (5th Cir. 2023) on the likely violation of the Administrative Procedure Act ("APA") as "the Final Rule was not a logical outgrowth of the Proposed Rule." *Id.* at 586.

Additionally, a district court vacated the Final Rule in *Mock v. Garland*, No. 4:23-CV-00095-O, 2024 U.S. Dist. LEXIS 105230, at *18 (N.D. Tex. June 13, 2024) (district court "**GRANTS** Plaintiffs' Motion for Summary Judgment on the grounds that the Final Rule violated the APA's procedural requirements because it was arbitrary and capricious and was not a logical outgrowth of the Proposed Rule; **DENIES** Defendants' Cross Motion for Summary Judgment; **DENIES** Plaintiffs' request for a permanent injunction; and **VACATES** the Final Rule.")  While this decision is not binding on this Court, it is instructive and provides the applicable framework for a similar ruling should this Court choose to adopt it.

Subsequently, the Eighth Circuit issued its opinion on appeal of a denial of a preliminary injunction, stating that "We conclude the Coalition is likely to succeed on the merits of its arbitrary-and-capricious challenge, so we reverse and remand to the district court." *Firearms Regul. Accountability Coal., Inc. v. Garland*, No. 23-3230, 2024 U.S. App. LEXIS 20058, at *5 (8th Cir. Aug. 9, 2024).

In other words, two Circuit Courts have said that plaintiffs are likely to succeed on APA in the preliminary injunction posture, and one district court has vacated the Final

Rule.  As such, Plaintiffs' position is that this Court's stay should be lifted and the Court should rule on the cross-motions that have been filed by the parties.

**<u>Defendants' Position</u>**

Defendants submit that continuing the stay in this matter pending final resolution of the appeal in *Mock v. Garland*, 24-10743 (5th Cir.), would be the most efficient approach for the Court and the parties. The Fifth Circuit's decision will provide this Court with significant guidance in resolving the parties' pending cross-motions for summary judgment—if not a dispositive rule of decision. Moreover, if the U.S. District Court for the Northern District of Texas's vacatur of the rule is ultimately affirmed on appeal, any resolution of this case will lack practical significance.

*          *          *

Dated August 30, 2024.

/s/ Stephen D. Stamboulieh
STEPHEN D. STAMBOULIEH
Mississippi Bar No. 102784
Southern District of Texas No. 3554925
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

ANTHONY R. NAPOLITANO
Arizona Bar No. 034586
Southern District of Texas No. 3837680
Bergin, Frakes, Smalley & Oberholtzer,
PLLC
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
(602) 848-5449
anapolitano@bfsolaw.com

GILBERT J. AMBLER
Virginia Bar No. 94325
Southern District of Texas No. 3834055
20 S. Braddock St
Winchester, VA 22601
(540) 550-4236
gilbert@amblerlawoffices.com

*Counsel for Plaintiffs Brady Brown, Gun
Owners of America, Inc., and Gun Owners
Foundation*

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal
Strategy

CHARLES K. ELDRED
Chief, Legal Strategy Division
Texas Bar No. 00793681
Southern District of Texas No. 20772

/s/ Christina Cella
CHRISTINA CELLA
Special Counsel for Legal Strategy
Texas Bar No. 24106199
Southern District of Texas No. 3355870

OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
Charles.Eldred@oag.texas.gov
Christina.Cella@oag.texas.gov

*Counsel for Plaintiff State of Texas*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN (MT Bar No. 55816869)
TAYLOR PITZ (CA Bar No. 332080)
FAITH E. LOWRY (TX Bar No. 24099560)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 30, 2024, I filed this motion through the Court's CM/ECF system, which automatically served it upon all counsel of record.

*/s/ Christina Cella*
Christina Cella