Spark does not control the Content sent via the Service, nor does it guarantee the accuracy, integrity or quality of said Content.

**FIPB Regulatory Email Inquiries <FIPB@atf.gov>**

To: @gmail.com>

Hello

Thank you for your recent inquiry to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). This is in response to your email, in which you inquired about stabilizing braces. In your message, you stated you recently purchased a CZ Scorpion Mini+ pistol and are considering installing a pistol brace. You then stated that you've encountered conflicting information regarding whether this modification would require the firearm to be registered as an SBR and asked for clarification on this topic.

Federal law requires a pistol with an attached stabilizing brace or stock be registered as a short barreled rifle (SBR).

As you may be aware, Final Rule 2021-08F has amended the definition of "rifle" and states clearly that the term "designed, redesigned, made or remade, and intended to be fired from the shoulder" includes a weapon that is equipped with an accessory, component, or other rearward attachment (e.g., a "stabilizing brace"), that provides surface area that allows the weapon to be fired from the shoulder, provided other factors (as described in the rule) indicate the weapon is designed, made, and intended to be fired from the shoulder.

**CURRENT STATUS**
On November 8, 2023, the United States District Court for the Northern District of Texas found the Final Rule, "Factoring Criteria for Firearms With Attached 'Stabilizing Braces,'" likely violated the Administrative Procedure Act, and issued an order "[s]tay[ing] the Rule in its entirety," temporarily preventing further action in reliance on the Final Rule nationwide. The United States has appealed this decision. While the appeal is pending, ATF is complying with the Court's order.

The District Court's order does not prohibit enforcement of the National Firearms Act (NFA) or Gun Control Act (GCA). ATF remains responsible for enforcement of statutory provisions pertaining to "a rifle having a barrel or barrels of less than 16 inches in length" under the NFA and "short-barreled rifles" under the GCA. *See* 26 U.S.C. § 5845(a)(3); 18 U.S.C. § 921(a)(7). The statutory definition of "rifle" under the NFA and GCA includes, in relevant part, firearms with a rifled

bore that are "designed or redesigned, made or remade, and intended to be fired from the shoulder." A firearm designed and intended to be fired from the shoulder that meets the statutory definition of a short-barreled rifle contained in the NFA, regardless of what is used as a stock, must be made and transferred in accordance with the statutory requirements of the NFA.

We trust the foregoing has been responsive to your inquiry. Should you have additional questions, please contact your local ATF office. A listing of ATF office phone numbers can be found [here](.).

Regards,
FIPB

Hide history

Dear ATF,

I recently purchased a CZ Scorpion Mini+ pistol and am considering installing a pistol brace. However, I have encountered conflicting information regarding whether this modification would require the firearm to be registered as an SBR. Could you please provide clarification on the applicable regulations?

Thank you for your assistance.

Sincerely,

▮▮▮▮▮▮

Terms of Service | Privacy Policy   © 2007 – 2024 Spark Mail Limited