AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| State of Texas. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:23-cv-00013 |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, the State of Texas                                                                                          .

Date:     07/24/2026                                        /s/ Wade A. Johnson
                                                                        *Attorney's signature*

                                                    Wade A. Johnson, TX Bar No. 24062197, SDTX No. 1055556
                                                                        *Printed name and bar number*

                                                            Office of the Texas Attorney General
                                                            Special Litigation Division
                                                            P.O. Box 12548, Capitol Station
                                                            Austin, Texas 78711-2548
                                                                        *Address*

                                                            wade.johnson@oag.texas.gov
                                                                        *E-mail address*

                                                            (512) 463-2100
                                                                        *Telephone number*

                                                                        *FAX number*