**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

STATE OF TEXAS, et al.,

      *Plaintiffs,*

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,

      *Defendants.*

CASE NO. 6:23-cv-00013

## STATE OF TEXAS'S MOTION TO WITHDRAW COUNSEL

Plaintiff State of Texas (Texas), files this motion to withdraw counsel. Previous counsel for Texas, Christina Cella, is no longer employed with the Office of the Texas Attorney General and Assistant Attorney General Brian B. Tung has accepted a position outside the agency. Texas respectfully requests that Ms. Cella and Mr. Tung be withdrawn as counsel of record in this matter. This withdrawal is unopposed and will not delay any proceedings.

Dated July 27, 2026.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

**WADE JOHNSON**
Special Counsel
Texas State Bar No. 24062197
SDTX No. 1055556
wade.johnson@oag.texas.gov

*/s/ Brian B. Tung*
**BRIAN B. TUNG**
Assistant Attorney General
Special Litigation Division
Texas State Bar No. 24145179
SDTX No. 3937738
Brian.Tung@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2100

COUNSEL FOR THE STATE OF TEXAS

1

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 24, 2026, Defendant's counsel conferred by electronic mail with Mr. Stamouleigh and Ms. Lowenstein, who stated neither Co-Plaintiffs nor Defendants are unopposed to this Motion.

*/s/ Brian B. Tung*
**BRIAN B. TUNG**

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on July 27, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

**STEPHEN D. STAMBOULIEH**
Mississippi Bar No. 102784
Southern District of Texas No. 3554925
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

COUNSEL FOR PLAINTIFFS BRADY BROWN, GUN OWNERS OF AMERICA, INC., AND GUN OWNERS FOUNDATION

**JODY D. LOWENSTEIN**
MT Bar No. 55816869
**TAYLOR PITZ**
CA Bar No. 332080
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
jody.d.lowenstein@usdoj.gov

COUNSEL FOR DEFENDANTS

*/s/ Brian B. Tung*
**BRIAN B. TUNG**

2