United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al., <br><br> *Defendants.* | CASE NO. 6:23-cv-00013 |

### ORDER

Before the Court is Plaintiff State of Texas's Unopposed Motion to Withdraw Christina Cella and Brian B. Tung as counsel of record. After consideration, the Court is of the opinion that Plaintiff Texas's motion should be GRANTED.

Accordingly, IT IS ORDERED that Christina Cella and Brian B. Tung are hereby withdrawn as counsel of record for Plaintiff, State of Texas.

SIGNED on _____July 31, 2026_____ .


_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE