UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | ) | |
| GUN OWNERS OF AMERICA, INC., | ) | |
| GUN OWNERS FOUNDATION, and | ) | |
| BRADY BROWN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:23-cv-00013 |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **MOTION TO WITHDRAW**

Stephen D. Stamboulieh respectfully moves this Court for leave to withdraw his appearance as counsel for Plaintiffs Gun Owners of America, Inc., Gun Owners Foundation, and Brady Brown. In support of this motion, the undersigned states as follows:

1) Mr. Stamboulieh has accepted a position with the Department of Justice and will no longer be in private practice.

2) Plaintiffs will continue to be represented by listed co-counsel.

WHEREFORE, Stephen D. Stamboulieh respectfully requests that the Court grant this motion and permit him to withdraw his appearance in this matter.

Dated: August 4, 2026                    Respectfully submitted,


*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Mississippi Bar No. 102784
Southern District of Texas No. 3554925
Stamboulieh Law, PLLC

P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

## Certificate of Service

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on August 4, 2026, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh